TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
martin.mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alejandro Ramirez Beaz,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02358-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion for Extension of Time for Federal Respondents to File a Response to Petitioner's First Amended § 2241 Petition, ECF No. 8**<br><br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for an extension from September 17, 2026, to and including September 23, 2026, to file a Response to Petitioner's First Amended § 2241 Petition, ECF No. 8. This extension is requested because undersigned counsel is on sick leave and also have preapproved leave on September 21, 2026. Counsel for the Petitioner does not object to this request for an extension of time.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file a Response to Petitioner's First Amended § 2241 Petition, ECF No. 8, through and including September 23, 2026.

Respectfully submitted this 17th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

IT IS SO ORDERED:

Dated: September 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE